LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16542 Ventura Boulevard
Suite 305
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JESUS GONZALEZ PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS GONZALEZ PEREZ ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00016-AWI <br><br> STIPULATION TO CONTINUE SENTENCING <br><br> HON. ANTHONY W. ISHII |

　　　　Defendant Jesus Gonzalez Perez, by and through his counsel, Alex R. Kessel and Plaintiff United States of America, by and through their counsel of record, Karen Escobar, Assistant United States Attorney, hereby stipulate to the following:

　　　　Counsel for defendant needs additional time to prepare for sentencing in this matter.

　　　　Counsel for defendant has a pre-paid family vacation scheduled for December 17, 2010 through January 4, 2011.

　　　　Based on the foregoing, counsel for defendant and the Government stipulate the currently scheduled sentencing date be continued from December 13, 2010 at 11:00 a.m., to February 22,

1  2010, at 11:00 a.m.

2  Dated: January 3, 2011                    Respectfully submitted,

                                             /s/ALEX KESSEL
                                             Counsel for Jesus Gonzalez Perez


                                             BENJAMIN B. WAGNER
                                             United States Attorney


                                             /s/ Karen Escobar
                                             KAREN ESCOBAR
                                             Assistant U.S. Attorney

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT**

the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Jesus Gonzalez Perez is set for February 22, 2010 at 11:00 a.m.


IT IS SO ORDERED.

Dated:   January 3, 2011                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

2