LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16542 Ventura Boulevard
Suite 305
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JESUS GONZALEZ PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO: 07-CR-00016-AWI |
| ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | SENTENCING |
| ) | |
| JESUS GONZALEZ PEREZ ) | |
| ) | HON. ANTHONY W. ISHII |
| Defendants. ) | |
| ) | |

    Defendant Jesus Gonzalez Perez, by and through his counsel, Alex R. Kessel and Plaintiff United States of America, by and through their counsel of record, Karen Escobar, Assistant United States Attorney, hereby stipulate to the following:

    Counsel for defendant will be engaged in trial in the matter of People vs. Vagan Davtyan, et al, case number GA077135 in Department F of the Los Angeles County Superior Court, Northeast District in Pasadena. This is a two defendant, multiple count identity theft case wherein the defendants are out of custody.

    Based on the foregoing, counsel for defendant and the Government stipulate the currently

scheduled sentencing date be continued from February 22, 2011 at 11:00 a.m., to April 4, 2011, at 11:00 a.m.

Dated: February 17, 2011               Respectfully submitted,


                                       /s/ALEX KESSEL
                                       Counsel for Jesus Gonzalez Perez



                                       BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Karen Escobar
                                       KAREN ESCOBAR
                                       Assistant U.S. Attorney

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT**

the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Jesus Gonzalez Perez is set for April 4, 2011 at 11:00 a.m.


IT IS SO ORDERED.

Dated:   February 17, 2011            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

2