HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GONZALEZ PEREZ,<br><br>Defendant. | No. 1:07-cr-00016-AWI-4<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER**<br><br>Judge:  Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's January 7, 2015 order be extended to **March 9, 2015**. The undersigned is awaiting response from Mr. Perez regarding consent for representation. Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated:  February 11, 2014

                                                                     Respectfully submitted,

                                                                    HEATHER E. WILLIAMS
                                                                    Federal Defender

                                                                    /s/ *David M. Porter*
                                                                    DAVID M. PORTER
                                                                    Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of January 7, 2015, may be filed on or before March 9, 2015.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
SENIOR DISTRICT JUDGE