1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:07-cr-00016-AWI-4 |
|---|---|
| Plaintiff, | **UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER** |
| v. | |
| JESUS GONZALEZ PEREZ, | |
| Defendant. | Judge: Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's February 11, 2015 order be extended to **April 8, 2015**. The undersigned is awaiting response from Mr. Perez. Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated: March 9, 2015

                                   Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender


                                   /s/ *David M. Porter*
                                   DAVID M. PORTER
                                   Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of February 11, 2015, may be filed on or before April 8, 2015.

IT IS SO ORDERED.

Dated:   March 9, 2015                              _____
                                                                      SENIOR  DISTRICT  JUDGE